UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRISHA BUCK, | CASE NO. CV F 13-0701 LJO GSA |
| Plaintiff, | **ORDER TO VACATE HEARING WITH FILING OF REMAND MOTION** |
| vs. | (Docs. 8, 14) |
| CEMEX, INC/, et al., | |
| Defendants. | |
| _____/ | |

On May 20, 2013, defendants filed their F.R.Civ.P. 12 motion to dismiss plaintiff's complaint (doc. 8) and set a June 25, 2013 hearing. On June 13, 2013, plaintiff's counsel advised this Court that he had not received defendants' motion to dismiss papers. Also on June 13, 2013, plaintiff filed her motion to remand (doc. 13), and the parties filed their stipulation to continue the June 25, 2013 hearing to July 2, 2013 (doc. 14). This Court does not rule on motions to dismiss until its jurisdiction and remand issues are settled. In addition, this Court's practice is to decide motions on the record without a hearing. As such, this Court:

 1. VACATES the June 25, 2013 hearing on defendants' motion to dismiss and ORDERS the parties not to appear on June 25, 2013;

1

1  2. ORDERS defendants, no later than 20 days after issuance of a remand order, to file and serve papers to respond to plaintiffs' complaint, unless this action is remanded to state court. Such response may include a renewed motion to dismiss; and

3. DIRECTS the clerk to term the F.R.Civ.P. 12 motion to dismiss (doc. 8).

This Court will take no further action on defendants' F.R.Civ.P. 12 motion to dismiss until a remand order is issued and a renewed motion to dismiss is properly set before this Court.

IT IS SO ORDERED.

Dated:   **June 14, 2013**                              **/s/ Lawrence J. O'Neill**
                                                                           UNITED STATES DISTRICT JUDGE