# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| TRISHA BUCK, on behalf of herself, and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CEMEX, INC., a Louisiana Corporation; CEMEX CONSTRUCTION MATERIALS PACIFIC, LLC, a Delaware Limited Liability Company; and DOES 1-50, inclusive,<br><br>　　　　　Defendants. | CASE NO. 1:13:-cv-00701-LJO-MJS<br><br>**STIPULATION AND <u>MODIFIED</u>[1] ORDER FOR LEAVE TO FILE AMENDED COMPLAINT** |

---

[1] Substantive modifications to the proposed order are bolded and underlined.

-1-
STIPULATION AND ORDER FOR LEAVE TO FILE AMENDED COMPLAINT

5929926.2

## ORDER

PURSUANT TO THE FOREGOING STIPULATION TO FILE AMENDED COMPLAINT (ECF No. 33) , IT IS HEREBY ORDERED that Plaintiff is granted leave to file the proposed Amended Complaint, a copy of which is attached as Exhibit 1 to the Stipulation, and that Plaintiff **shall** file the proposed Amended Complaint within five (5) days after the Court's entry of this order, should Plaintiff choose to pursue the claims and causes of action alleged in the proposed Amended Complaint.

IT IS FURTHER ORDERED that Defendants shall file a response to the Amended Complaint within **thirty (30)** days after the date the Amended Complaint is filed by Plaintiff.

PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.

IT IS SO ORDERED.

Dated:   October 31, 2013              /s/ *Michael J. Seng*
                                       UNITED STATES MAGISTRATE JUDGE