# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TRISHA BUCK, on behalf of himself, all others similarly situated, and the general public, | ) ) ) | Case No. 13-CV-00701-LJO-MJS |
| | ) ) | **ORDER CONTINUING THE PARTIES' OPPOSITION AND REPLY DEADLINES** |
| *Plaintiff*, | ) ) ) | **RE: DEFENDANT CEMEX, INC.'S MOTION FOR JUDGMENT ON THE** |
| vs. | ) ) | **PLEADINGS AND MOTION TO STRIKE** |
| | ) | |
| CEMEX, INC., a Louisiana Corporation; CEMEX CONSTRUCTION MATERIALS PACIFIC, LLC, a Delaware Limited Liability Company; and DOES 1-50, inclusive, | ) ) ) ) | |
| | ) | |
| *Defendants*. | ) ) | |
| | ) | |
| _____ | ) | |

After a showing of good cause, the Parties' Stipulation is GRANTED.

The deadlines for the filing of oppositions and replies to Defendant's Motion for Judgment on the Pleadings and Motion to Strike are now to be calculated based on a hearing date of September 16, 2014. Accordingly, Plaintiff's Opposition filed on August 26, 2014 (Document 50) is deemed Plaintiff's timely filed Opposition to Defendants' Motion for Judgment on the Pleadings and Motion to Strike, and Defendant's Reply is due on September 9, 2014.

IT IS SO ORDERED.

Dated:   September 3, 2014         /s/ *Michael J. Seng*
                                               UNITED STATES MAGISTRATE JUDGE