HANSON BRIDGETT LLP
DOROTHY S. LIU, SBN 196369
dliu@hansonbridgett.com
DAVID A. ABELLA, SBN 275982
dabella@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:    (415) 777-3200
Facsimile:    (415) 541-9366

Attorneys for Defendants CEMEX, INC. and
CEMEX CONSTRUCTION MATERIALS
PACIFIC, LLC

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| TRISHA BUCK, on behalf of herself, and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>CEMEX, INC., a Louisiana Corporation; CEMEX CONSTRUCTION MATERIALS PACIFIC, LLC, a Delaware Limited Liability Company; and DOES 1-50, inclusive,<br><br>    Defendants. | CASE NO. 13-cv-00701-LJO-MJS<br><br>**[CLASS ACTION]**<br><br>**ORDER OF JUDGMENT AGAINST PLAINTIFF TRISHA BUCK**<br><br><br><br>**The Honorable Lawrence J. O'Neill** |

1  This action came before the Court pursuant to Defendants' Motion for Judgment on the Pleadings and Motion to Strike (ECF Docket Nos. 45, 46).  The issues have been briefed by both parties and a decision has been rendered.

WHEREAS, this Court GRANTED Defendants' Motion for Judgment on the Pleadings (ECF Docket No. 55);

WHEREAS, this Court's Order Granting Defendants' Motion for Judgment on the Pleadings (ECF Docket No. 55) ordered Plaintiff to file a written statement certifying that she exhausted the collective bargaining agreement's grievance procedure no later than October 25, 2014; and,

WHEREAS, this Court's Order Granting Defendants' Motion for Judgment on the Pleadings (ECF Docket No. 55) stated that Plaintiff's request for leave to amend her complaint would be DENIED on the basis of futility if Plaintiff failed to file the written statement certifying that she exhausted the grievance procedure by October 25, 2014; and,

WHEREAS, Plaintiff failed to file a written statement certifying that she exhausted the grievance procedure, as ordered by the Court; therefore,

Pursuant to this Court's Order Granting Defendants' Motion for Judgment on the Pleadings (ECF Docket No. 55), IT IS SO ORDERED AND ADJUDGED that Plaintiff Trisha Buck take nothing, that all claims brought by Plaintiff be dismissed, that Judgment is entered against Plaintiff in accordance with the Order Granting Defendants' Motion for Judgment on the Pleadings, filed on October 24, 2014 (ECF Docket No. 55), that Defendants recover their costs as to Plaintiff; and that the Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **November 5, 2014**          /s/ Lawrence J. O'Neill
                                                        UNITED STATES DISTRICT JUDGE